# Court of Appeals
# of the State of Georgia

ATLANTA,  February 19, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0031.  DUNN v. DUNN.**

Upon consideration of Danny R. Dunn's motion for extension of time to file application for discretionary appeal, it is ordered that an extension be granted in the above-referenced case through and including April 7, 2021.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  02/19/2021*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen